### LEROY G., A MINOR, APPELLANT, v. THE STATE OF NEVADA, RESPONDENT.

No. 13567

September 23, 1982                    650 P.2d 809

*J. Gregory Damm,* Nevada State Public Defender; *Robert A. Bork,* Chief Deputy Public Defender; *Steven G. McGuire,* Deputy Public Defender, Carson City, for Appellant.

*Richard H. Bryan,* Attorney General, Carson City; *Robert J. Johnston,* District Attorney, and *Gary D. Fairman,* Deputy District Attorney, White Pine County, for Respondent.

## OPINION

*Per Curiam:*

The juvenile division of the Seventh Judicial District Court ordered appellant committed to the Nevada Youth Training Center at Elko, Nevada, for an indefinite period. This is an appeal from the order of commitment.

Appellant contends that he was denied his right to legal counsel at the factfinding hearing. *See* In re Two Minor Children, 95 Nev. 225, 592 P.2d 166 (1979); NRS 62.195(2); *see also* In re S., 275 N.E.2d 577 (N.Y. 1971). The state has expressly conceded error on this issue, and has requested this court to reverse the finding of delinquency and the commitment to the Youth Training Center.

We reverse the order of commitment, and we remand for further proceedings.[1]

---

[1]Because respondent conceded that the district court's order must be reversed, we have decided this case without oral argument. NRAP 34(f)(1). Furthermore, because of the reversal on the ground stated, we need not decide the other issue raised by appellant.